No. 74–466. DUNLOP, SECRETARY OF LABOR *v.* BA-CHOWSKI ET AL., 421 U. S. 560. Motion of respondent Bachowski to retax costs denied.

No. 74–611. UNITED STATES ET AL. *v.* KASMIR ET AL. C. A. 5th Cir. [Certiorari granted, 420 U. S. 906.] Motion of respondents for additional time for oral argument denied. Motion of National Society of Public Accountants for leave to file a brief as *amicus curiae* granted.

No. 74–728. FRANKS ET AL. *v.* BOWMAN TRANSPORTATION CO., INC., ET AL. C. A. 5th Cir. [Certiorari granted, 420 U. S. 989.] Consideration of suggestion of mootness deferred to hearing of case on the merits. Motion of Local 862, United Automobile Workers, for leave to file brief as *amicus curiae* granted, and motion for leave to participate in oral argument as *amicus curiae* denied.

No. 74–742. FOREMOST-MCKESSON, INC. *v.* PROVIDENT SECURITIES CO. C. A. 9th Cir. [Certiorari granted, 420 U. S. 923.] Motion of Gulf & Western Industries, Inc., for leave to file a brief as *amicus curiae* granted.

No. 74–799. UNITED STATES *v.* FOSTER LUMBER CO., INC. C. A. 8th Cir. [Certiorari granted, 420 U. S. 1003.] Motion of Data Products Corp. for leave to participate in oral argument as *amicus curiae* denied.

No. 74–858. CAREY, GOVERNOR OF NEW YORK, ET AL. *v.* SUGAR ET AL.; and

No. 74–859. CURTIS CIRCULATION CO. ET AL. *v.* SUGAR ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, 421 U. S. 908.] Motion of Legal Aid Society of New York City for leave to file a brief as *amicus curiae* granted.